DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALL INSURANCE RESTORATION SERVICES, INC.,** a/a/o
**MELISSA MALCOLM,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D21-77

[November 24, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Nina W. Di Pietro, Judge; L.T. Case Nos. CACE 20-18406 and COCE 18-26367.

Erin M. Berger and Melissa A. Giasi of Giasi Law, P.A., Tampa, for appellant.

Kimberly J. Fernandes of Kelley Kronenberg, P.A., Tallahassee, for appellee.

PER CURIAM.

*Affirmed. See Damages Servs., Inc. v. Citizens Prop. Ins. Corp.*, 46 Fla. L. Weekly D2245, D2246 (Fla. 4th DCA Oct. 13, 2021) (insurer entitled to summary judgment on the issue of reasonable emergency measures expenses "[b]ecause [the restoration company] did not make a request to exceed the policy limit *prior to exceeding the limit for the work performed*" (emphasis added)); *Certified Priority Restoration v. Universal Ins. Co. of N. Am.*, No. 4D21-374, 2021 WL 3641850, at *3 (Fla. 4th DCA Aug. 18, 2021) (insurer entitled to summary judgment where restoration company "failed to request the insurer allow it to exceed the $3,000 limit *before submitting the invoice for the completed work*" (emphasis added)).

CONNER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***